# United States District Court
# For The Western District of North Carolina
# Charlotte Division

David Lamar Butler ,

    Plaintiff(s),                              JUDGMENT IN A CIVIL CASE

vs.                                              3:10-cv-468
                                                  3:04-cr-266-1

USA,

    Defendant(s).

DECISION BY COURT.  This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's November 17, 2010 Order.

                                                Signed: November 17, 2010

                                                Frank G. Johns, Clerk
                                                United States District Court